**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Eduardo ROSALES–ORTIZ, also known as Edgar Ortega, also known as Eduardo Olvera–Rosales, Defendant–Appellant.**

**No. 10–41318**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 17, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Francisco Javier Montemayor, Jr., Esq., Laredo, TX, for Defendant–Appellant.

Eduardo Rosales–Ortiz, Memphis, TN, pro se.

Before JONES, Chief Judge, and JOLLY and SMITH, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Eduardo Rosales–Ortiz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Rosales–Ortiz has filed a response. We have reviewed counsel's brief and the relevant portions of

---

the record reflected therein, as well as Rosales–Ortiz's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.